UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 14-0022 JGB (SPx)** | Date | May 22, 2014 |
|---|---|---|---|

| Title | *Sream Inc. v. T and H Investment Group, Inc. et al.* |
|---|---|

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):

None Present                                              None Present

**Proceedings:   ORDER To Show Cause Why Sanctions Should Not Be Entered Against Defendants' Counsel for Failure to Appear (IN CHAMBERS)**

     By Order of March 26, 2014, the Court set a Scheduling Conference in this matter for 11:00 a.m. on May 5, 2014. (Doc. No. 19.) In violation of Local Rule 16-13, counsel for Defendants T and H Investment Group, Inc. and Karnail Singh failed to attend the conference. These Defendants also failed to submit a report pursuant to Federal Rule of Civil Procedure 26(f). The Court ORDERS Defendants' counsel to show cause why they should not be sanctioned in the amount of $1,000 each for their failure to appear at the Court-ordered scheduling conference set on this date. Defendants' counsel shall each respond in writing to the order to show cause no later than **June 4, 2014.** Counsels' failure to respond may result in entry of default.

     **IT IS SO ORDERED.**