# JS-6

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SREAM, INC, | ) Case No. |
| | ) EDCV 14-0022 JGB (SPx) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| ~~T AND H INVESTMENT GROUP,~~ | ) |
| ~~INC. d/b/a "THE HOOK UP~~ | ) |
| ~~PIPE"~~; KARNAIL SINGH d/b/a | ) |
| "FAMOUS TOBACCO SHOP"; ~~APYG,~~ | ) |
| ~~INC d/b/a "THE ART OF~~ | ) |
| ~~VENICE"~~, and DOES 1-10 | ) |
| INCLUSIVE, | ) |
| | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiff and against Defendant Karnail Singh doing business as Famous Tobacco Shop.

1.  Plaintiff is AWARDED monetary judgment in the amount of $157,200 against Defendant Karnail Singh, comprising statutory damages of $150,000, attorneys' fees of $6,600, and $600 in costs;

2.  Counsel for Defendant Karnail Singh is ordered to pay Plaintiff Sream, Inc. $1,000 in sanctions for failing to appear at the scheduling conference;

A permanent injunction is entered against Defendant Karnail Singh, as follows:

3.  Karnail Singh, his officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from infringing upon the Marks directly or contributorily, in any manner, including but not limited to:

    a. Manufacturing, importing, purchasing, distributing, advertising, offering for sale, and/or selling any products which bear marks identical and/or confusingly similar to the Marks;

2

b. Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing of products which bear marks/designs identical, substantially similar, and/or confusingly similar to the Marks;

c. Using the Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

d. Passing off, inducing or enabling others to sell or pass off any products or other items that are not RooR genuine merchandise as genuine RooR merchandise;

e. Committing any other acts calculated to cause purchasers to believe that Defendant's products are genuine RooR merchandise unless they are such;

f. Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing the Marks, or any reproduction, counterfeit, copy or colorable imitation thereof; and

g. Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) to (f) above.

**ORDER RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The Court orders that such judgment shall be entered.  As there are no remaining named Defendants in this action, the Clerk is directed to close the case.

Dated: September 9, 2014

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge

**ORDER RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**